IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00265-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1) JENNIFER RUNK,
2) SIDNEY GARY,
3) DONOVAN SOMMERVILLE, and
4) KAYLEY AUE,

        Defendants.

## ORDER

The Court, having reviewed the file and record and being advised in the premises, now grants Defendant Runk's **Motion for Protective Order** [#47] filed July 8, 2009, preventing all co-defendants and their counsel in this action from copying or sharing the contents of the discovery as described in Defendant Runk's Motion for Protective Order with any parties other than counsel who have entered their appearance on this case or defendants named in this case.

Dated July 22, 2009, at Denver, Colorado

        BY THE COURT:

        Robert E. Blackburn
        United States District Judge