IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 09-cr-00265-REB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. JENNIFER RUNK,

     Defendant.

## MINUTE ORDER[1]

     Due to a conflict arising on the court's calendar, the sentencing hearing previously set for March 19, 2010, is **VACATED**, and is **RESET** to **April 9, 2010**, at 10:00 a.m.

     Dated: March 8, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.