IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00265-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JENNIFER RUNK,

        Defendant.

_____

## ORDER EXTENDING TERM OF PROBATION
_____

THIS MATTER is before the Court for a probation violation hearing held on March 20, 2013, on the report of the probation officer that the defendant has violated the terms and conditions of her supervision.  Defendant entered an admission of guilt to the violations.  The Court finds the defendant guilty of violations 1, 2, and 3 as charged. Accordingly, It is

ORDERED that the defendant's term of probation is extended one year, from 3 to 4 years, until April 8, 2014.  It is

FURTHER ORDERED that all previously imposed conditions remain in full force and effect.

DATED at Denver, Colorado, this 27th day of March, 2013.

BY THE COURT:

Robert E. Blackburn
United States District Judge